UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND S.,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 3:20-cv-01068-AHG<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING** |

Before the Court is the parties' Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920. ECF No. 25.

Under the Equal Access to Justice Act ("EAJA"), a litigant is entitled to attorney fees and costs if: "(1) he is the prevailing party; (2) the government fails to show that its position was substantially justified or that special circumstances make an award unjust; and (3) the requested fees and costs are reasonable." *Carbonell v. I.N.S.*, 429 F.3d 894, 898 (9th Cir. 2005). To assess the third factor of whether the requested fees are reasonable, the Court assesses whether the hourly rates and number of hours billed are reasonable. *See, e.g., Beatriz B. v. Saul*, No. 19cv785-AHG, 2020 WL 5203371, at *2–*3 (S.D. Cal. Sept. 1, 2020); *Smith v. Berryhill*, No. 17cv2108-CAB-RNB, 2019 U.S. Dist. LEXIS 89885, at *5 (S.D. Cal. Mar. 14, 2019); *Ulugalu v. Berryhill*, No. 17cv1087-GPC-JLB, 2018 WL 2012330, at *3–*4 (S.D. Cal. Apr. 30, 2018).

The parties failed to include a billing statement with their joint motion, or any information regarding the number of hours billed and at what rates. Since this information is essential to the Court's analysis of the reasonableness of the requested fees, the Court **ORDERS** the parties to submit a Joint Supplemental Brief no later than **September 3, 2021**. The Joint Supplemental Brief shall include the names, qualifications, experience, and hourly billing rates of all attorneys and paralegals who worked on this case, *on the Plaintiff's side*. The parties shall also attach Plaintiff's billing statement as an exhibit, which should include dates, time spent, attorney or paralegal designation, description of actions, and totals.

**IT IS SO ORDERED.**

Dated: August 31, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge

2
3:20-cv-01068-AHG